**SMITH LILLIS PITHA LLP**
Martin L. Pitha (State Bar No. 192447)
18201 Von Karman Avenue, Suite 1080
Irvine, California 92612
Telephone: (949) 209-9020
Facsimile: (949) 759-1845
Email: mpitha@slplawfirm.com

**SMITH LILLIS PITHA LLP**
James Smith (State Bar No. 190050)
115 Sansome Street, Suite 1005
San Francisco, California 94104
Telephone: (415) 814-0404
Facsimile: (415) 217-7011
Email: jsmith@slplawfirm.com

**FULBRIGHT & JAWORSKI L.L.P.**
Gerard G. Pecht [*pro hac vice application to be filed*]
Brian C. Boyle, *admitted pro hac vice*
Lauren W. Varnado *admitted pro hac vice*
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: gpecht@fulbright.com
       bboyle@fulbright.com
       lvarnado@fulbright.com

Attorneys for Defendant and Counter-Claimant K2 PURE SOLUTIONS, LP and Defendants K2 PURE SOLUTIONS NOCAL, L.P. and K2 PURE SOLUTIONS PITTSBURG, LP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMTIAZ KHAN, an individual, TIM MORRIS, an individual, RICK SEISINGER, an individual, and NEELESH SHAH, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>K2 PURE SOLUTIONS, LP, a Delaware limited partnership, K2 PURE SOLUTIONS NOCAL, L.P., a Delaware limited partnership, K2 PURE SOLUTIONS PITTSBURG, L.P., a Delaware limited partnership, and DOES 1 through 10<br><br>  Defendants. | Case No. 3:12-CV-12-05526-WHO<br><br>**STIPULATION AND ORDER LIMITING DISCOVERY PENDING RULING ON DEFENDANTS' PENDING MOTIONS** |

DOCUMENT PREPARED ON RECYCLED PAPER

Plaintiffs Imtiaz Khan, Tim Morris, Rick Seisinger, and Neelesh Shah (collectively, "Plaintiffs"), and Defendants K2 Pure Solutions, L.P., K2 Pure Solutions Nocal, L.P., and K2 Pure Solutions Pittsburg, L.P. (collectively, "K2" or "Defendants") hereby stipulate and agree:

1. As of the date of the filing of this Stipulation and Proposed Order through the date of the hearing on Defendants' Motion to Dismiss Causes of Action 3, 5, 6, 7, and 8 of Plaintiffs' Third Amended Complaint and Motion to Strike Pursuant to FRCP 12(f) (Ct. Dkt. No. 73) ("Defendants' Motion to Dismiss") and Motion for Reconsideration of the Court's Order Granting Summary Judgment on Ninth Cause of Action (Ct. Dkt. No. 78) set on November 27, 2013, the parties agree to limit discovery to the following topics: (1) jurisdictional issues; (2) Plaintiffs' claim for waiting time penalties; and (3) K2's counterclaim for overpaid vacation against Timothy Morris and Imtiaz Khan.  The parties agree that all responses to outstanding written discovery propounded by Plaintiffs which relate to claims not disposed of by Defendants' Motion to Dismiss will be due by no later than Friday, December 13, 2013 by electronic service. The parties further agree that all responses to outstanding written discovery propounded by Defendants which relate to claims not disposed of by Defendants' Motion to Dismiss will be due by no later than Friday, December 27, 2013 by electronic service.

2. The parties agree to an extension of the existing December 6, 2013 discovery cut-off deadline and respectfully request that the Court enter the parties' proposed order continuing the existing discovery cut-off deadline to Friday, February 28, 2014.  In the event the existing discovery cut-off date is not continued by this Court, the parties reserve the right to amend the due dates of the responses referenced in Paragraph (1) above.

3. The parties further agree that it will be unnecessary to identify or assert any attorney-client privilege or work product protection with regard to (1) privileged documents prepared after September 15, 2012 by or at the direction of legal counsel related to this litigation or related litigation; (2) any correspondence sent after September 15, 2012 between an attorney and his/her client or among attorneys jointly representing a client in this litigation or related

litigation.  For purposes of this stipulation, related litigation includes the cases styled *K2 Pure Solutions, LP v. Imtiaz Khan and Neelesh Shah*, Civ. No. 5:12-CV-02558, in the United States District Court for the Northern District of Ohio, and *K2 Pure Solutions, LP v. Molycorp Inc., Molycorp Minerals, LLC, Timothy M. Morris, and Richard J. Seisinger*, Case No. A-12-670067-B, in the District Court of Clark County, Nevada.  Except to the foregoing documents and communications, the parties agree that this agreement does not relieve either party of the requirement to timely assert the attorney-client privilege, work product doctrine or any other applicable objections in responses to written discovery or at deposition in order to preserve such objections.

    **IT IS SO STIPULATED.**

Dated:   November 8, 2013

**VALDEZ TODD & DOYLE LLP**
Troy A. Valdez

By /s/ Sheila A. Khan-Variba
Sheila A. Khan-Variba
Attorneys for Plaintiffs
Imtiaz Khan, Tim Morris, Rick Seisinger, and Neelesh Shah

Dated:   November 8, 2013

**SMITH LILLIS PITHA LLP**
Martin L. Pitha

By /s/ Martin L. Pitha
Martin L. Pitha
Attorneys for Defendants

Dated: November 8, 2013

**FULBRIGHT & JAWORSKI L.L.P.**
Gerard G. Pecht [*pro hac vice* application to be filed]
Brian C. Boyle, admitted *pro hac vice*
Lauren W. Varnado [*pro hac vice* application to be filed]

By /s/ Brian C. Boyle
_____
BRIAN C. BOYLE
Attorneys for Defendants

# ORDER

Upon consideration of the foregoing Stipulation, **PURSUANT TO STIPULATION, IT IS SO ORDERED**, *as modified*, that:

(1) As of the date of the filing of this Stipulation through the November 27, 2013, hearing date, the parties' discovery shall be limited to issues related to: (1) jurisdictional issues; (2) Plaintiffs' claim for waiting time penalties; and (3) Defendants' counterclaim for overpaid vacation;

(2) All responses to outstanding written discovery propounded by Plaintiffs which relate to claims not disposed of by Defendants' Motion to Dismiss will be due by no later than Friday, December 13, 2013, by electronic service. All responses to outstanding written discovery propounded by Defendants which relate to claims not disposed of by Defendants' Motion to Dismiss will be due by no later than Friday, December 27, 2013, by electronic service.

(3) **The Court will hold a further Case Management Conference at the conclusion of the hearing on November 27, 2013, to discuss the case schedule.** The existing December 6, 2013, discovery cut-off deadline will be extended at that time once it is clear to the Court how much discovery remains and clear to the parties what impact any necessary extension would have on the trial date.

Dated: November 14, 2013

_____
William H. Orrick
United States District Court Judge

DOCUMENT PREPARED ON RECYCLED PAPER

58056754.1 - v -