| | |
|---|---|
| 1 | TROY A. VALDEZ, State Bar No. 191478 |
| | ERIN M. DOYLE, State Bar No. 233113 |
| 2 | SHEILA A. KHAN-VARIBA, State Bar No. 219434 |
| | VALDEZ NOOR TODD & DOYLE LLP |
| 3 | 1901 Harrison Street, Suite 1450 |
| | Oakland, CA 94612 |
| 4 | Telephone: (415) 202-5950 |
| | Facsimile: (415) 202-5951 |
| 5 | Email: tvaldez@vsnlaw.com |
| | Email: edoyle@vsnlaw.com |
| 6 | Email: skhan-variba@vsnlaw.com |
| 7 | Attorneys for Plaintiffs/Counter-Defendants |
| | IMTIAZ KHAN, *et al.* |
| 8 | |
| 9 | CHARLES S. BIRENBAUM, State Bar No. 107894 |
| | birenbaumc@gtlaw.com |
| 10 | KORAY J. BULUT, State Bar No. 230298 |
| | bulutk@gtlaw.com |
| 11 | GREENBERG TRAURIG, LLP |
| | Four Embarcadero Center, Suite 3000 |
| 12 | San Francisco, CA 94111 |
| | Telephone: (415) 655-1300 |
| 13 | Facsimile: (415) 707-2010 |
| 14 | Attorneys for Defendants/Counter-Claimants |
| | K2 PURE SOLUTIONS L.P., *et al.* |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | IMTIAZ KHAN, an individual, TIM MORRIS, an individual, RICK SEISINGER, an individual, and NEELESH SHAH, an individual, | ) Case No.: 12-CV-5526-WHO |
| 19 | | ) |
| | | ) **JOINT STIPULATION RE: DISMISSAL** |
| 20 | | ) |
| 21 | Plaintiffs, | ) |
| 22 | vs. | ) |
| 23 | K2 PURE SOLUTIONS, L.P., a Delaware limited partnership, K2 PURE SOLUTIONS NOCAL, L.P., a Delaware limited partnership, K2 PURE SOLUTIONS PITTSBURG, L.P., a Delaware limited partnership, and DOES 1 through 10, inclusive, | ) |
| 24 | | ) |
| 25 | | ) |
| 26 | Defendants. | ) |
| 27 | | ) |
| 28 | K2 PURE SOLUTIONS, L.P., a Delaware | ) |

JOINT STIPULATION RE DISMISSAL
United States District Court, Northern, Case No. 3:12-cv-05526-WHO

| | |
|---|---|
| limited partnership, | ) |
|             Counter-Claimant, | ) |
| vs. | ) |
| IMTIAZ KHAN, an individual, TIM MORRIS, an individual, RICK SEISINGER, an individual, and NEELESH SHAH, an individual | ) |
|             Counter-Defendants. | ) |

Plaintiffs and Counter-Defendants Timothy M. Morris ("Morris"), Imtiaz Khan ("Khan"), Rick Seisinger ("Seisinger") and Neelesh Shah ("Shah") (hereinafter jointly referred to as "Plaintiffs"), by and through their attorneys of record, and Defendants and Counter-Claimants K2 Pure Solutions, L.P., K2 Pure Solutions NoCal, L.P. and K2 Pure Solutions Pittsburg, L.P. (hereinafter jointly referred to "Defendants") (collectively referred to as the "Parties") hereby stipulate as follows:

**NOW, THEREFORE, IT IS HEREBY STIPULATED,** by and between the Parties, through the undersigned counsel pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all Parties hereby stipulate to the dismissal of all remaining causes of actions and claims brought forth in this litigation with prejudice.  This dismissal includes all remaining claims and causes of action in Plaintiffs' Third Amended Complaint, and all remaining claims and causes of action in Defendants' First Amended Counter-Claim.  Each party, accept as agreed otherwise, shall bear their own costs and attorneys' fees with respect to their respective dismissed claims and causes of action.

**IT IS SO STIPULATED.**

Dated: August 8, 2014                                 VALDEZ TODD & DOYLE LLP

                                                          */s/ Troy A. Valdez*
                                                          TROY A. VALDEZ

| | | |
|---|---|---|
| | | Attorneys for Plaintiffs<br>IMTIAZ KHAN, TIM MORRIS,<br>RICK SEISINGER and NEELESH SHAH |
| Dated: August 8, 2014 | | GREENBERG TAURIG, LLP |
| | | */s/ Koray J. Bulut*<br>KORAY J. BULUT |
| | | Attorneys for Defendants<br>K2 PURE SOLUTIONS, L.P., K2 PURE SOLUTIONS NOCAL, L.P. AND K2 PURE SOLUTIONS PITTSBURG, L.P. |

1
2                                                    ORDER
3          Upon consideration of the foregoing Joint Stipulation and [Proposed] Order Re Dismissal,
4    IT IS HEREBY ORDER THAT all remaining claims and causes of action of all parties, including
5    those brought forth in Plaintiffs' Third Amended Complaint and Defendants' First Amended
6    Counter-Claim are hereby dismissed with prejudice.  The Parties, except as agreed otherwise, shall
7    bear their own costs and attorneys' fees.
8
9
10   Dated:  August 8, 2014                   _____
11                                            United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                  -3-
                                    JOINT STIPULATION RE DISMISSAL
                          United States District Court, Northern, Case No. 3:12-cv-05526-WHO